STATE OF CONNECTICUT *v.* MOBILIA, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court is dismissed.

*Joseph E. Moukawsher,* in support of the petition.

*Joseph I. Lieberman,* attorney general, and *John M. Looney, Jr.,* and *Robert M. Langer,* assistant attorneys general, in opposition.

Decided February 15, 1984

CITY OF MIDDLETOWN *v.* LOCAL UNION No. 1073 OF THE INTERNATIONAL ASSOCIATION OF FIRE-FIGHTERS, AFL-CIO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 1 Conn. App. 58, is dismissed.

*W. Paul Flynn,* in support of the petition.

Decided February 15, 1984

JOHN WEDIG ET AL. *v.* FRANK BRINSTER ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 1 Conn. App. 123, is denied.

*R. William Bohonnon,* in support of the petition.

Decided March 28, 1984

THE COMMON CONDOMINIUM ASSOCIATIONS, INC., ET AL. *v.* THE COMMON ASSOCIATES ET AL.

The defendants' petition for certification for appeal from the Appellate Court is dismissed.

*Robert F. Moriarty,* in support of the petition.

Decided March 28, 1984